# CIVIL COVER SHEET

## I. PLAINTIFF

NAME: Joshua Jerome Scott (Pro Se')

MAILING ADDRESS: 189 South Manse Ave #101 Giddings, TX 78942

## II. DEFENDANTS

1. United States Postal Service (USPS) 475 L'Enfant Plaza SW, Washington, DC 20260

2. Louis DeJoy, Postmaster General of the United States (Official Capacity) 475 L'Enfant Plaza SW, Washington, DC 20260

3. National Association of Letter Carriers (NALC) Alamo Branch 421 6218 Krempen Ave., San Antonio, TX 78233

4. Richard W. Gould, Regional Administrative Assistant (RAA) NALC Region 10 (Individual and Official Capacities) National Business Agent (Region 10), 23760 Highway 59 North Kingwood, TX 77339

5. Shawn Boyd National Business Agent (NBA) for NALC Region 10 (Individual and Official Capacities) National Business Agent (Region 10), 23760 Highway 59 North Kingwood, TX 77339

III. COUNTY OF RESIDENCE OF FIRST PLAINTIFF: LEE

(COUNTY OF RESIDENENCE FOR FIRST LISTED DEFENDANT: DISTRICT OF COLUMBIA (USPS HQ)

IV. BASIS OF JURISDICTION

☒ 3. FEDERAL QUESTION (U.S. Constitution or FEDERAL LAW)

V. NATURE OF SUIT

☒ 0790 LABOR: OTHER (ENFOREMENT OF ARBITRATION / §1208(b))
☐ 0440 CIVIL RIGHTS: OTHER (DUE PROCESS/EQUITABLE RELIEF
☐ 0891 FEDERAL TORT CLAIMS ACT

VI. ORIGIN     ☒ 1. ORIGINAL PROCEEDING

VII. REQUESTED IN COMPLAINT

☒ JURY TRIAL DEMANDED

MONETARY RELIEF REQUESTED: $500,000,000
(SEE PRAYER)

VIII. SIGNATURE    JOSHUA JEROME SCOTT (PRO SÉ) DATE:

8-21-2025