PROPOSED ORDER

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS AUSTIN DIV.

UOSHUA JEROME SCOTT
PRO SE PLAINTIFF

V.
UNITED STATES POSTAL SERVICE; LOUIS DEJOY-POSTMASTER GENERAL
(OFFICIAL CAPACITY); NATIONAL ASSOCIATION OF LETTER CARRIERS
ALAMO BRANCH 421; SHAWN BOYD NBA, NALC REGION 10 (INDIVIDUAL AND
OFFICIAL CAPACITIES) AND RICHARD W. GOULD, RAA, NALC REGION 10
(INDIVIDUAL & OFFICIAL CAPACITIES)

CIVIL ACTION NO. _____

# ORDER ENFORCING ARBITRATION AWARDS AND GRANTING INJUNCTIVE RELIEF AND MONETARY RELIEF

BEFORE THE COURT IS PLAINTIFF'S VERIFIED COMPLAINT SEEKING ENFORCEMENT
OF GRIEVANCE-ARBITRATION AWARDS UNDER 39 U.S.C. § 1208(b), RELIEF FOR
BREACH OF THE DUTY OF FAIR REPRESENTATION, WHISTLEBLOWER RETALIATION
REMEDIES, FTCA NEGLIGENCE RELIEF, AND EQUITABLE DUE-PROCESS
REMEDIES. HAVING CONSIDERED THE PLEADINGS, APPLICABLE LAW, AND
THE RECORD, THE COURT MAKES THE FOLLOWING:

# FACT FINDING (FINDING OF FACT)

1. ON 12/31/2015 MIKE JOHNSON (SUPERVISOR) A USPS SUPERVISOR
ASSAULTED PLAINTIFF, WHO PROMPTLY REPORTED THE INCIDENT TO 911
AND OBTAINED EMERGENCY MEDICAL TREATMENT FROM A MEDICAL DOCTOR
DIAGNOSING a cervical STRAIN AND PRESCRIBING MEDICATION AND MUSCLE
RELAXERS.

2. USPS MANAGEMENT FABRICATED A "THREAT" ALLEGATION, REMOVED PLAINTIFF
FROM DUTY, AND 3 WEEKS LATER FAILED TO APPEAR AT STEP B IN THE
GRIEVANCE-ARBITRATION PROCESS.

3. THE STEP B AWARD ORDERED EXPUNGEMENT AND 100% BACKPAY WITHIN
30 DAYS, USPS DID NOT COMPLY.

CONTINUED...

14

4. PLAINTIFF WON MULTIPLE NON-COMPLIANCE GRIEVANCES AWARDING ADDITIONAL REMEDIES ($100, $200 $200)

5. IN APRIL LATE JANUARY 2016 PLAINTIFF WAS CALLED BY A SUPERVISOR ON DUTY AND TOLD TO RETURN TO WORK ("THEY WANT YOU TO COME BACK")

6. February 2016 OIG AGENTS ATTEMPTED TO COERCE PLAINTIFF TO RECANT: WHEN HE REFUSED TO LIE, SURVEILLANCE CAMERAS DOCUMENTING THE INCIDENT WERE REMOVED, RESULTING IN SPOLIATION. THE OIG AGENTS WERE (YARBOROUGH & GONGORA)

7. IN APRIL 2016, MIKE JOHNSON (SUPERVISOR) ISSUED A NOTICE OF REMOVAL PREDICATED ON THE ALREADY EXPUNGED ALLEGATION THAT HE ORIGINALLY FABRICATED; A NATIONAL ARBITRATOR (SIMON) OVERTURNED THE REMOVAL AND ORDERED EXPUNGEMENT AND 100% BACK PAY FOR THE APRIL— SEPT-OCT 2016 PERIOD: USPS STILL DID NOT COMPLY.

8. THE UNION AND REGION 10 LEADERSHIP, INCLUDING NBA SHAWN BOYD AND RAA RICHARD W. GOULD, THROUGHOUT THE ENTIRE PERIOD OF BOTH GRIEVANCES REFUSED TO PURSUE ENFORCEMENT, MISREPRESENTING THEIR AUTHORITY AND ABANDONING THE PLAINTIFF DESPITE BINDING AWARDS BEING DIRECTLY COMPLICIT WITH MANAGEMENT.

## CONCLUSIONS OF LAW

9. THE STEP B AND NATIONAL ARBITRATION AWARDS ARE FINAL AND BINDING AND MUST BE ENFORCED UNDER 39 U.S.C § 1208(b) AND CONTROLLING SUPREME COURT AUTHORITY.

10. USPS's CONTINUING REFUSAL TO IMPLEMENT THE AWARDS CONSTITUTES A BREACH OF THE COLLECTIVE BARGAING AGREEMENT AS INTERPETED BY THE ARBITRATORS.

11. NALL BRANCH 421 BREACHED ITS DUTY OF FAIR REPRESENTATION BY ARBITRARILY AND IN BAD FAITH REFUSING TO PURSUE ENFORCEMENT; PROSPECTIVE RELIEF IS WARRANTED AGAINST REGION 10 LEADERSHIP TO COOPERATE FULLY

12. USPS EN~~Case 1:25-cv-01362-RPL Document 12 Filed 08/22/25 Page 3 of 4~~ SURES.

13. UNDER THE FTCA, USPS IS LIABLE IN NEGLIGENCE ARISING FROM THE ASSAULT AND FAILURES OF SUPERVISION AND SAFETY; SPOLIATION SUPPORTS ADVERSE INFERENCES AND SANCTIONS.

14. EQUITABLE RELIEF IS WARRANTED UNDER THE FITH AMENDMENT AND FEDERAL COMMON LAW OF LABOR ARBITRATION TO REMEDY CONTINUING DEPRIVATIONS AND TO PREVENT RECURRENCE.

## IT IS ORDERED THAT:

A. USPS SHALL IMMEDIATELY IMPLEMENT THE STEP B AND NATIONAL ARBITRATION AWARDS, INCLUDING EXPUNGEMENT OF ALL RELATED CHARGES AND PAYMENT OF 100% BACK PAY FOR ALL COVERED PERIODS, WITH PRE- AND POST-JUDGEMENT INTEREST.

B. IMMEDIATE REINSTATEMENT TO A POST OFFICE OF THE PLAINTIFF'S CHOOSING WITH THE POSITION OF POSTMASTER OR HIGHEST LEVEL OF RANK WHILE EMPLOYEE FOR USPS & SALARY DISCUSSED UPON SETTLEMENT

L. NALC BRANCH 401, NBA SHAWN BOYD AND RAA RICHARD W. GOULD (OFFICIAL CAPACITIES) SHALL COOPERATE IN ENFORCEMENT, INCLUDING PROVIDING DOCUMENTATION, ADVOCACY, AND COMPLIANCE REPORTING TO THE COURT.

D. INJUNCTIVE RELIEF IS GRANTED PROHIBITING USPS FROM ANY FURTHER RETALIATION AGAINST PLAINTIFF AND REQUIRING ADOPTION OF A COMPLIANCE PROTOCOL FOR ARBITRATION AWARDS INVOLVING PLAINTIFF.

E. AS MONETARY RELIEF, THE COURT AWARDS COMPENSATORY DAMAGES IN AN AMOUNT UP TO $500,000,000 APPORTIONED AND LIMITED AS PERMITTED BY LAW (RECOGNIZING THAT PUNITIVE DAMAGES ARE NOT AWARDED AGAINST THE UNITED STATES UNDER THE FTCA.)

| 6

F. FOR SPOLIATION, THE COURT IMPOSES ADVERSE INFERENCES AGAINST THE USPS CONCERNING THE CONTENTS OF THE REMOVED SURVEILLANCE FOOTAGE AND RESERVES THE RIGHT TO IMPOSE ADDITIONAL SANCTIONS UPON FURTHER PROOF.

G. PLAINTIFF IS AWARDED TAXABLE COSTS; FEE-SHIFTING, IF AVAILABLE, WILL BE ADDRESSED UPON MOTION.

H. THE COURT RETAINS JURISDICTION TO SUPERVISE COMPLIANCE AND TO ENTER SUCH FURTHER ORDERS AS ARE NECESSARY.


SIGNED THIS_____ DAY OF_____

2025


UNITED STATES DISTRICT JUDGE

17