

# Photo Document Mailer

THE UPS STORE

From:

Do not fold or bend

---

1 LBS    1 OF 1
SHP WT: 1 LBS
DATE: 21 AUG 2023

JOSHUA SCOTT
(979) 236-0690
THE UPS STORE 80077
STE 110
1101 LAMAR ST
AUSTIN TX 78701-2110

SHIP TEXAS WESTERN DIVISION CLERKS
TO: US DISTRICT COURT
501 W 5TH ST

AUSTIN TX 78701-3815

UPS GROUND
TRACKING #: 1Z HF9 971 42 7219 9851

BILLING: P/P
SIGNATURE REQUIRED

TX 787 9-09

RECEIVED

AUG 20 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

1:25 CV01362 RP



0  35227 01330  9



US DISTRICT COURT
501 W 5TH ST
AUSTIN TX 78701

F:PINK1  S:GREEN2 101
107--1806  X

THE UPS STORE
theupsstore.com

**UPS 330**

Made in Mexico



Made from 100% recycled paperboard.
Minimum 95% post-consumer content.
Supply Side USA, Inc. - Cleveland, OH 44135

**Mailer Size:**
11 ½ x 14 ¼
**Mailer will hold:**
11 x 14 Photo Enlargements
8 ½ x 14 Documents